# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAWNA Z. NEALMAN**, as the Personal Representative of the Estate of Benjamin Shelley Nealman, | : : : : | CIVIL ACTION NO. 1:15-CV-1579 (Chief Judge Conner) |
| Plaintiff | : : | |
| v. | : : | |
| **ROBERT MABEN, CHRISTIAN Z. SNOOK, TIFFANIE N. WERT, MICHELLE K. HUFFMAN,** and **BARRY KEARNS,** | : : : : : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of September, 2019, upon consideration of the parties' cross-motions (Docs. 82) for summary judgment, and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 82) for summary judgment is GRANTED as to all counts of plaintiff's second amended complaint.

2. Plaintiff's motion (Doc. 85) for summary judgment is DENIED.

3. The Clerk of Court is DIRECTED to enter judgment in favor of the remaining defendants on all counts of plaintiff's second amended complaint.

4. The Clerk of Court is further directed to CLOSE this case.

    /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania