AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | | |
|---|---|---|
| TAWNA Z. NEALMAN, as the Personal Representative of the Estate of Benjamin Shelley Nealman, <br> *Plaintiff* <br> v. <br> ROBERT MABEN, CHRISTIAN Z. SNOOK, TIFFANIE N. WERT, MICHELLE K. HUFFMAN, and BARRY KEARNS, <br> *Defendants* | ) ) ) ) ) ) ) ) | Civil Action No. 1:15-CV-1579 <br><br> (Chief Judge Conner) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____.

X other: <u>SUM MARY JUDGMENT be and is hereby ENTERED in favor of defendants ROBERT MABEN, CHRISTIAN Z. SNOOK, TIFFANIE N. WERT, MICHELLE K. HUFFMAN, and BARRY KEARNS, and against plaintiff TAWNA Z. NEALMAN, as the Personal Representative of the Estate of Benjamin Shelley Nealman, on all counts of plaintiff's second amended complaint, in accordance with the court's memorandum (Doc. 97) and order (Doc. 98), dated September 30, 2019.</u>

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

MOTION FOR SUMMARY JUDGMENT

Date: Sep 30, 2019

*CLERK OF COURT* PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*